# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRENT MORRIS,<br><br>           Plaintiff(s),<br><br>v.<br><br>ORLEANS HOTEL AND CASINO, et al.,<br><br>           Defendant(s). | 2:12-CV-1683 JCM (CWH) |

## ORDER

Presently before the court is *pro se* plaintiff Brent Morris' motion to extend time to respond to Magistrate Judge Hoffman's report and recommendation. (Doc. # 20). The magistrate judge issued a report recommending that plaintiff's complaint be dismissed. (Doc. # 16). Plaintiff requests a sixty (60) day extension to file objections to the report and recommendation. Upon review of plaintiff's motion, the court finds good cause to grant his request.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion to extend time to respond to the report and recommendation (doc. # 20) be, and the same hereby is, GRANTED.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS FURTHER ORDERED that plaintiff shall have **up to, and including, December 13,**
2    **2013,** to respond.
3    DATED October 11, 2013.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -