# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| BRENT MORRIS, | 2:12-CV-1683 JCM (CWH) |
| --- | --- |
| Plaintiff(s), | |
| v. | |
| ORLEANS HOTEL AND CASINO, et al., | |
| Defendant(s). | |

**ORDER**

Presently before the court is *pro se* plaintiff Brent Morris' second motion to extend the time in which to respond to Magistrate Judge Hoffman's report and recommendation. (Doc. # 22).

On September 27, 2013, the magistrate judge issued a report recommending that plaintiff's complaint be dismissed. (Doc. # 16). Pursuant to Local Rule IB 3-2, plaintiff's objections, if any, were due by October 14, 2013. Plaintiff requested a sixty (60) day extension in which to file his objections, which this court granted. (Doc. ## 20, 21). Plaintiff now requests a second sixty (60) day extension giving him up to, and including, February 11, 2014 in which to file objections.

Granting this request would essentially provide plaintiff with nearly five months from the publication of the magistrate judge's report in which to file objections. Although the court recognizes plaintiff is incarcerated and acting *pro se*, it finds that the need to manage its docket and ensure the expeditious disposition of cases outweighs plaintiff's desire for an additional 60 days.

However, in the interests of justice, the court will grant plaintiff an extension up to, and

**James C. Mahan**
**U.S. District Judge**

1  including, December 27, 2013, in which to file his objections.  No further requests for an extension
2  to file objections will be entertained.
3      Accordingly,
4      IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion to extend
5  the time to respond to the report and recommendation (doc. # 22) be, and the same hereby is,
6  GRANTED in part and DENIED in part consistent with the foregoing.
7      DATED December 6, 2013.

                      */s/ James C. Mahan*
                      **UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -