# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRENT MORRIS,

        Plaintiff(s),

v.

ORLEANS HOTEL AND CASINO, et al.,

        Defendant(s).

2:12-CV-1683 JCM (CWH)

## ORDER

Presently before the court is the matter of *Morris v. Orleans Hotel and Casino, et al.*, case no. 2:12-cv-168-JCM-CWH.

On May 7, 2014, this court entered an order adopting the magistrate judge's report and recommendation (doc. # 16) and dismissing the case. (Doc. # 26). Plaintiff Brent Morris appealed. (Doc. # 29). On May 28, 2014, the Ninth Circuit referred the matter for the limited purpose of determining whether plaintiff's *in forma pauperis* status should continue on appeal, or whether the appeal is frivolous or taken in bad faith. (Doc. # 31).

For the reasons more thoroughly discussed in the order dismissing the case and the magistrate judge's report and recommendation, the court finds that the appeal is frivolous. Accordingly,

**James C. Mahan**
**U.S. District Judge**

plaintiff's *in forma pauperis* status is hereby revoked. *See* 28 U.S.C. § 1915(a)(3); *see also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002)(revocation of *forma pauperis* status is appropriate where district court finds the appeal to be frivolous).

IT IS SO ORDERED.

DATED June 2, 2014.

_____
UNITED STATES DISTRICT JUDGE